SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-CR-00510 MTS JSD |
| ) | |
| CARLOS ROMERO-SALAZAR, ) | AZ No. 25-3404 MJ |
| ANGELI GERMANIA CHAVEZ-REDONDO, ) | |
| JOEL JOSE MARTINEZ-RODRIGUEZ, ) | |
| ITAMAR JOSE HERNANDEZ-NICHOLLS, ) | |
| LUIS COLEMENARES-PAEZ, ) | |
| OSCAR JOSE CARRERO-VARGAS, ) | |
| RALPH NICHOLLS-FIGUEROA, ) | |
| MIGUEL RUIG-NUNEZ, ) | |
| GEIVIN RAFAEL BAZAN-LAMEDA, and ) | |
| MICHAEL GARCIA-LINARES, ) | |
| ) | |
| Defendants. ) | |

(handwritten: DTA 10/27/25)

**INDICTMENT**

The Grand Jury charges that, at all times relevant to this Indictment:

**OVERVIEW**

1.  The defendants, **CARLOS ROMERO-SALAZAR** ("Defendant Romero-Salazar"), **ANGELI GERMANIA CHAVEZ-REDONDO** ("Defendant Chavez-Redondo"), **JOEL JOSE MARTINEZ-RODRIGUEZ** ("Defendant Martinez-Rodriguez"), **ITAMAR JOSE HERNANDEZ-NICHOLLS** ("Defendant Hernandez-Nicholls"), **LUIS COLEMENARES-PAEZ** ("Defendant Colemenares-Paez"), **OSCAR JOSE CARRERO-VARGAS** ("Defendant Carrero-Vargas"), **RALPH NICHOLLS-FIGUEROA** ("Defendant Nicholls-Figueroa"), **MIGUEL RUIG-NUNEZ** ("Defendant Ruig-Nunez"), **GEIVIN RAFAEL BAZAN-LAMEDA** ("Defendant Bazan-Lameda"), and **MICHAEL GARCIA-LINARES** ("Defendant Garcia-Linares") (collectively, the "defendants"), agreed with one another and others, known and

unknown to the Grand Jury, to steal money from financial institutions by "jackpotting" the financial institutions' automated teller machines (ATMs)—that is, by manipulating the financial institutions' ATMs into dispensing money without a valid transaction.

## COUNT ONE
### (Conspiracy to Commit Financial Institution Theft: 18 U.S.C. § 371)

### The Conspiracy

2. Beginning at an exact time unknown, but including between at least on or about December 6, 2024 and on or about December 12, 2024, within the Eastern District of Missouri and elsewhere, the defendants,

**CARLOS ROMERO-SALAZAR,
ANGELI GERMANIA CHAVEZ-REDONDO,
JOEL JOSE MARTINEZ-RODRIGUEZ,
ITAMAR JOSE HERNANDEZ-NICHOLLS,
LUIS COLEMENARES-PAEZ,
OSCAR JOSE CARRERO-VARGAS,
RALPH NICHOLLS-FIGUEROA,
MIGUEL RUIG-NUNEZ,
GEIVIN RAFAEL BAZAN-LAMEDA, and
MICHAEL GARCIA-LINARES,**

voluntarily and intentionally combined, conspired, confederated, and agreed with one another and others, known and unknown to the Grand Jury, to commit financial institution theft in violation of Title 18, United States Code, Section 2113(b), in that they agreed to take and carry away, with intent to steal and purloin, money with a value exceeding $1,000 that belonged to, and was in the care, custody, control, management, and possession of, a financial institution, to wit, a bank whose deposits were and are insured by the Federal Deposit Insurance Corporation (FDIC) and a credit union whose accounts were and are insured by the National Credit Union Administration Board (NCAUB), all in violation of Title 18, United States Code, Section 371.

### The Object of the Conspiracy

3. The object of the conspiracy to commit financial institution theft was to steal money from financial institutions, specifically by exploiting vulnerabilities in the financial institutions' ATMs to take control of the ATMs and force the ATMs to dispense money without conducting a legitimate transaction.

### The Manner and Means of the Conspiracy

It was part of the conspiracy to commit financial institution theft that:

4. Defendant Romero-Salazar abused his employment as a technician for a company that provides maintenance services for financial institutions' ATMs, in that he installed malware on the hard drives of financial institutions' ATMs while he was supposed to be servicing those ATMs. By installing malware on the ATMs' hard drives, Defendant Romero-Salazar enabled other co-conspirators to take control of the ATMs and force the ATMs to dispense substantial amounts of money that belonged to the financial institutions without conducting legitimate transactions, a process known as "jackpotting."

5. Defendant Chavez-Redondo, Defendant Martinez-Rodriguez, Defendant Hernandez-Nicholls, Defendant Colemenares-Paez, Defendant Carrero-Vargas, Defendant Nicholls-Figueroa, Defendant Ruig-Nunez, Defendant Bazan-Lameda, Defendant Garcia-Linares, S.C.H., and E.J.P.A., along with other co-conspirators, known and unknown to the Grand Jury, traveled from various states, including the state of Michigan and the state of Florida, to the state of Missouri for the purpose of stealing money belonging to financial institutions.

6. After traveling to the state of Missouri, Defendant Hernandez-Nicholls, Defendant Colemenares-Paez, Defendant Carrero-Vargas, Defendant Ruig-Nunez, Defendant Bazan-

Lameda, Defendant Garcia-Linares, S.C.H., and E.J.P.A. "jackpotted" numerous ATMs with which Defendant Romero-Salazar had tampered, including ATMs of Arsenal Credit Union, Bank of Franklin County, Gateway Metro Federal Credit Union, Neighbors Credit Union, and West Community Credit Union that were located within the Eastern District of Missouri, in that they took control of those ATMs and forced the ATMs to dispense money without conducting a legitimate transaction.

7. The deposits of Bank of Franklin County were and are insured by the FDIC.

8. The accounts of Arsenal Credit Union, Gateway Metro Federal Credit Union, Neighbors Credit Union, and West Community Credit Union were and are insured by the NCAUB.

### Overt Acts

9. In furtherance of, and to effectuate the object of, the conspiracy to commit financial institution theft, the defendants and other co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others:

   a. Between on or about December 6, 2024 and on or about December 12, 2024, Defendant Chavez-Redondo, at Defendant Nicholls-Figueroa's direction, rented numerous Airbnb properties within the Eastern District of Missouri for her and Defendant Nicholls-Figueroa, as well as other co-conspirators, known and unknown to the Grand Jury, to stay at while they were in the Eastern District of Missouri unlawfully taking and carrying away money from the ATMs of financial institutions.

   b. On or about December 6, 2024, Defendant Ruig-Nunez rented a vehicle in St. Louis, Missouri, within the Eastern District of Missouri, for him and other co-conspirators,

known and unknown to the Grand Jury, to use while they were in the Eastern District of Missouri unlawfully taking and carrying away money from the ATMs of financial institutions.

   c. On or about December 7, 2024, Defendant Ruig-Nunez, Defendant Martinez-Rodriguez, and other conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $30,000 from an ATM at the Saint Peters branch of Neighbors Credit Union.

   d. On or about December 7, 2024, Defendant Garcia-Linares and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $7,000 from ATMs at the Ellisville branch of Bank of Franklin County.

   e. On or about December 7, 2024, Defendant Garcia-Linares and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $140,000 from an ATM at the Florissant branch of West Community Credit Union.

   f. On or about December 7, 2024, Defendant Ruig-Nunez and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $90,000 from an ATM at the Kirkwood branch of West Community Credit Union.

   g. On or about December 8, 2024, Defendant Garcia-Linares, E.J.P.A., and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $40,000 from ATMs at the Arnold branch of Arsenal Credit Union.

   h. On or about December 8, 2024, Defendant Garcia-Linares, E.J.P.A., and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a

combined amount of more than $100,000 from ATMs at the Florissant (Howdershell) branch of Neighbors Credit Union.

i.  On or about December 8, 2024, Defendant Garcia-Linares, E.J.P.A., and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away money from ATMs at the Jennings branch of Neighbors Credit Union.

j.  On or about December 9, 2024, Defendant Martinez-Rodriguez, Defendant Bazan-Lameda, and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away money from ATMs at the Jennings branch of Neighbors Credit Union.

k.  On or about December 10, 2024, Defendant Martinez-Rodriguez and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $60,000 from an ATM at the Florissant branch of Gateway Metro Federal Credit Union.

l.  On or about December 10, 2024, Defendant Martinez-Rodriguez, Defendant Bazan-Lameda, and Defendant Garcia-Linares unlawfully took and carried away a combined amount of more than $70,000 from ATMs at the Florissant (New Halls Ferry) branch of Neighbors Credit Union.

m.  On or about December 11, 2024, Defendant Martinez-Rodriguez, Defendant Hernandez-Nicholls, Defendant Colemenares-Paez, Defendant Carrero-Vargas, S.C.H., and other co-conspirators, known and unknown to the Grand Jury, unlawfully took and carried away a combined amount of more than $140,000 from ATMs at the Arnold branch of Arsenal Credit Union.

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____<br>FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
JUSTIN M. LADENDORF #68558MO
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

**SUPPRESSED**

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America
v.
ITAMAR JOSE HERNANDEZ-NICHOLLS

)
)
)
)
)
)

Case No.

**4:25CR510 MTS/JSD**

RECEIVED 2025 SEP 24 PM 1:28

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ITAMAR JOSE HERNANDEZ-NICHOLLS                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Financial Institution Theft

DETENTION

Date: 09/24/2025

*Issuing officer's signature*
NATHAN M. GRAVES
Clerk, United States District Court
*Printed name and title*

City and state: St. Louis, MO

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____       *Arresting officer's signature* _____ |
|       *Printed name and title* _____ |

AUSA: JUSTIN M. LADENDORF